# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131489(76)

SUZANNE VERBRUGGHE, as
Personal Representative of the
Estate of George Verbrugghe,
Deceased,
       Plaintiff-Appellant,

v

SELECT SPECIALTY HOSPITAL –
MACOMB COUNTY, INC.,
ARSENIO V. DeLEON, M.D.,
and MARIUS LAURINAITIS, M.D.
       Defendants-Appellees,
and

JAVED ZIA, M.D.,
       Defendant.
_____

SC: 131489
COA: 263686
Macomb CC: 04-004423-NH

       On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the application as to defendant-appellee Arsenio V. DeLeon, M.D. only is considered and the application for leave to appeal is DISMISSED with prejudice and without costs as to defendant-appellee DeLeon only.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2008

Clerk